1, 1902.) Action by Frank R. Bowne against the Brooklyn Heights Railroad Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

BOYLAN MFG. CO., Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. May 7, 1902.) Action by the Boylan Manufacturing Company against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

BREED et al., Appellants, v. RUOFF, SR., et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by William C. Breed and Clifford W. Hartridge, as receivers, etc., against Leonard Ruoff, Sr., and Francis Ruoff. No opinion. Motion denied, on the ground that leave is unnecessary.

BROMBERG, Appellant, v. FRIEND et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) Action by Samuel Bromberg against Solomon Friend and Louis Schlesinger. No opinion. Judgment (67 N. Y. Supp. 698) affirmed, with costs.

BROWNING, Appellant, v. GOLDENBERG et al., Respondents. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by William C. Browning against Mary Goldenberg and others. C. E. Thornall, for appellant. J. J. Crawford, for respondents. No opinion. Judgment (73 N. Y. Supp. 759) affirmed, with costs.

In re BRUSH. (Supreme Court, Appellate Division, Second Department. April 15, 1902.) In the matter of the application of Edward F. Brush, etc. No opinion. Motion to resettle order denied

In re BRUSH. (Supreme Court, Appellate Division, Second Department. May 7, 1902.) Application by Edward F. Brush for a recount of the votes of the ballots cast for mayor of the city of Mt. Vernon. Questions determined, and count ordered accordingly. See 76 N. Y. Supp. 597. Roger M. Sherman, for appellant. Charles W. Sinnott (William N. Dykman and William A. Ferguson, on brief), for respondent.

PER CURIAM. Exhibit 29, Second district of the Fourth ward, should be counted for Edward F. Brush. Exhibit 38, First district of the Fifth ward, should be counted for Edward F. Brush. Exhibit 1 of the First district of the First ward should be deducted from the vote cast for Edwin W. Fiske. (In respect to this ballot, the court, upon further examination thereof, has reconsidered the opinion expressed on the argument.) Exhibit 10 of the First district of the Third ward was properly counted for Edwin W. Fiske. The following ballots were properly rejected by the inspectors, to wit: Exhibit 49 of the Second district of the Fifth ward; exhibit 15 of the Second dis-

trict of the Third ward; exhibit 14 of the First district of the Third ward; exhibits 42 and 43 of the First district of the Fifth ward; exhibits 3 and 6 of the Second district of the First ward; exhibit 8 of the Second district of the Second ward; exhibits 16 and 18 of the Second district of the Third ward; exhibits 26 and 27 of the Second district of the Fourth ward; exhibits 31 and 36 of the Third district of the Fourth ward. Order, in accordance with this decision, to be settled before Mr. Justice BARTLETT, at 10 o'clock a. m. of Saturday, May 31, 1902.

In re BRUSH. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the application of Edward F. Brush for a recount of the votes, etc., for the office of mayor of Mt. Vernon. No opinion. Order modified in accordance with memorandum (ubi supra) per curiam.

BURKE, Respondent, v. RIEDELL et al., Appellants. (Supreme Court, Appellate Division, First Department. April 25, 1902.) Action by Margaret Burke, as administratrix, against Charles M. Riedell and another. G. W. Simpson, for appellants. J. A. Corbin, for respondent. No opinion. Judgment and order affirmed, with costs.

BURRIT, Respondent, v. TALCOTT, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Carlton T. Burrit against James Talcott. No opinion. Judgment and order unanimously affirmed, with costs

BUTTERFIELD et al., Respondents, v. NICHOLS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by George L. Butterfield and another, as administrator, etc., against Frank Nichols, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

CALDERWYOD, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1902.) Action by Janet M. Calderwyod against the Metropolitan Street Railway Company. No opinion. Judgment and order unanimously affirmed, with costs; BARTLETT, J., taking no part.

In re CANAL PLACE. (Supreme Court, Appellate Division, First Department. April 11, 1902.) In the matter of Canal Place. No opinion. Motion denied.

CASHIN, Respondent, v. FENNELL, Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Elizabeth Cashin against Gerald M. Fennell. W. Flemming, for appellant. P. Tillinghast, for respondent. No opinion. Judgment and order affirmed, with costs.

CAVENY, Respondent, v. HEILBERGER et ux., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1902.)